UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Harvey I Marcus (HM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500. Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on September 21,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

Shaw Bailey,
Debtor.

Case No.: _____17-24659_____

Chapter: _____13_____

Judge: _____Sherwood_____

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: September 21,
2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

☒      A Notice of Request for Loss Mitigation was filed by the debtor on _____9/4/2017_____ .

❑      A Notice of Request for Loss Mitigation was filed by the creditor, __Specialized Loan Servicing__ on

_____ .

❑   The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to

object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:   250 Tenalfly Road, Englewood, NJ 07631

Creditor:   Specialized Loan Servicing

❑   It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☒   It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

•      The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound

by the court's *Loss Mitigation Program and Procedures* (LMP).

•      The Loss Mitigation process shall terminate on _____12/21/17_____ (90 days from the date of the

entry of this order, unless extended as set forth in Section IX.B. of the LMP.

•      The debtor must make adequate protection payments to the creditor during the Loss Mitigation

Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections

V.A.1.a and VII.B. of the LMP.

•      If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if

such a motion is filed during the loss mitigation period, the court may condition the stay upon

compliance by the debtor with the fulfillment of the debtor's obligations under the Loss

Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the

creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain

relief from the stay.

•      Within 14 days of termination of the loss mitigation period, the debtor must file with the court and

serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section

VII.C. of the LMP.

•      Extension of the LMP may be requested as specified in Section IX.B of the LMP.

☒ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

❑ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 17-24659-JKS
Shaw Bailey                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 21, 2017
                              Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
```
db             +Shaw Bailey,    250 Tenafly Road,    Englewood, NJ 07631-2232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

```
        ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
```
         Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Harvey I. Marcus    on behalf of Debtor Shaw  Bailey him@lawmarcus.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                         TOTAL: 4