Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Shaw Bailey,                                           Case No.  17-24659 JKS
            Debtor(s).

_____

                                        Certification in Response to
                                        Trustee Objection to Confirmation

                                        Hearing: Oct. 12, 2017 9am

Harvey I Marcus does hereby state:
    1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.

    2. the debtor paid $775.00 to the Trustee by epay on 10/6/17.

    3. I have provided the last filed tax return 2015 to the Trustee as well as a letter from debtor stating that he had no income in 2014.

    4. I will request an adjournment of the confirmation hearing to provide reasonable time for the debtor to both become current with the Trustee and to provide the missing tax returns.

    I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

        Dated: Oct. 6, 2017           /s/ Harvey I Marcus
                                      Harvey I Marcus