UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-56-50403
him@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on April 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 17-24659
Adv. No.

In Re:

Shaw Bailey

    Debtor(s).

Hearing Date: March 22, 2018 11 am

Judge: John K Sherwood

# ORDER

Expunging Portions of Claim #1 of Department of Treasury, Internal Revenue Service

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 6, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

04/08/02

**(Page 2)**

Debtor(s): Shaw Bailey

Case No: 17-24659

Caption of Order: Order Expunging portions of claim #1 of Department of Treasury, Internal Revenue Service

 Upon consideration of Debtor's Motion, and good cause appearing, it is

 ORDERED that the portions of Unsecured Priority Claim #1 of Department of Treasury, Internal Revenue Service as to tax years 2014, 2015, and 2016 are expunged.

 FURTHER ORDERED that the portions of Unsecured General Claim of Department of Treasury, Internal Revenue Service, as to tax years 2011, 2012, and 2013 are expunged.

 FURTHER ORDERED that the Standing Chapter 13 Trustee shall make no payments to the said creditor on the expunged portions of claim #1.

 FURTHER ORDERED that the Chapter 13 Standing Trustee shall pay
 1. the secured claim in the amount of $525.00
 2. the unsecured General Claim for the tax period 12/31/2006 in the amount of $727.07
 3. the unsecured General Claim for the tax period 12/31/2007 in the amount of $17,379.49