UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-56-50403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:

Shaw Bailey

                Debtor(s).

Order Filed on April 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No. 17-24659
Adv. No.

Hearing Date: March 22, 2018 11 am

Judge: John K Sherwood

# ORDER

Expunging Portions of Claim #1 of Department of Treasury, Internal Revenue Service

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 6, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

04/08/02

**(Page 2)**

Debtor(s): Shaw Bailey

Case No: 17-24659

Caption of Order: Order Expunging portions of claim #1 of Department of Treasury, Internal Revenue Service

    Upon consideration of Debtor's Motion, and good cause appearing, it is

    ORDERED that the portions of Unsecured Priority Claim #1 of Department of Treasury, Internal Revenue Service as to tax years 2014, 2015, and 2016 are expunged.

    FURTHER ORDERED that the portions of Unsecured General Claim of Department of Treasury, Internal Revenue Service, as to tax years 2011, 2012, and 2013 are expunged.

    FURTHER ORDERED that the Standing Chapter 13 Trustee shall make no payments to the said creditor on the expunged portions of claim #1.

    FURTHER ORDERED that the Chapter 13 Standing Trustee shall pay
1. the secured claim in the amount of $525.00
2. the unsecured General Claim for the tax period 12/31/2006 in the amount of $727.07
3. the unsecured General Claim for the tax period 12/31/2007 in the amount of $17,379.49

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-24659-JKS
Shaw Bailey                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 09, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db             +Shaw Bailey,    250 Tenafly Road,    Englewood, NJ 07631-2232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Shaw  Bailey him@lawmarcus.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4