UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500 Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on April 13, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Shaw Bailey,
  Debtor.

Case No.:  17-24659

Chapter:  13

Judge:  Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/4/2017_____ :

Property:     250 Tenafly Road, Englewood, NJ 07631

Creditor:     Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/31/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2