Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−24659−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shaw Bailey
   250 Tenafly Road
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−6038

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2018
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shaw Bailey  
    Debtor

Case No. 17-24659-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 2　　Date Rcvd: May 30, 2018  
　　　　　　　　　　　Form ID: 148　　Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.

```
db              +Shaw Bailey,    250 Tenafly Road,    Englewood, NJ 07631-2232
517151046        CACH, LLC its successors and assigns as assignee,    of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516952339       +SLS,    8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
517403892       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517403893       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516952340        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
517038197       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 23:03:02      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 23:03:02      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516952331       +EDI: AFNIRECOVERY.COM May 31 2018 02:58:00      Afni,    Po Box 3427,
                  Bloomington, IL 61702-3427
516952332       +EDI: GMACFS.COM May 31 2018 02:58:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                  Bloomington, MN 55438-0901
517129540        EDI: GMACFS.COM May 31 2018 02:58:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
516952333       +EDI: CAPITALONE.COM May 31 2018 02:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                  Salt Lake City, UT 84130-0253
517057139        EDI: CAPITALONE.COM May 31 2018 02:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516952334       +EDI: CHASE.COM May 31 2018 02:58:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                  Wilmington, DE 19850-5298
516952335       +EDI: CONVERGENT.COM May 31 2018 02:58:00      Convergent Outsoucing, Inc,    Po Box 9004,
                  Renton, WA 98057-9004
516952336       +EDI: CCS.COM May 31 2018 02:58:00      Credit Collections Svc,    Po Box 773,
                  Needham, MA 02494-0918
516952337       +E-mail/Text: bknotice@ercbpo.com May 30 2018 23:03:04      ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516952338       +EDI: IRS.COM May 31 2018 02:58:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517427828*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517427829*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 30, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Shaw  Bailey him@lawmarcus.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 4

Case 17-24659-JKS    Doc 49    Filed 06/01/18    Entered 06/02/18 00:43:48    Desc Imaged
Certificate of Notice    Page 3 of 3